In the Matter of the Application of HENRI W. SHIELDS for Admission to the Bar. (From the State of West Virginia.) — Application granted. Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

App. Div.]          Third Department, January, 1920.

*Decisions by Mr. Justice Putnam on Applications to Appeal from the Appellate Term.*